CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
<u>Mail</u>: 8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff MARCIA GAYLE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Marcia Gayle**,<br><br>     Plaintiff,<br><br>  v.<br><br>**John Borg**;<br>**Deborah Borg**;<br>**Frederick F. Frakes**, in individual and representative capacity as trustee of The Frederick and Nickey Frakes 1993 Trust;<br>**Nickey L. Frakes**, in individual and representative capacity as trustee of The Frederick and Nickey Frakes 1993 Trust;<br>**Minute Serve Dairy, Inc.**, a California Corporation; and Does 1-10,<br><br>     Defendants. | **Case:** 2:18-CV-09055-SJO-JC<br><br>**Plaintiff's Notice of and Motion for An Award of Attorney's Fees**<br><br>Date:   April 6, 2020<br>Time:  10:00 a.m<br>Ctrm:  10C (10th Floor)<br><br>Hon Judge S. James Otero |

  To Defendants John Borg; Deborah Borg; Frederick F. Frakes; Nickey L. Frakes; Minute Serve Dairy, Inc., and to their attorneys on record:

  Please take notice that on April 6, 2020 at 10:00 a.m. or as soon thereafter as the matter may be heard in the courtroom of the S. James Otero, located at Courtroom 10, 10th Floor, First Street Courthouse, 350 West 1st Street, Los Angeles, California, Plaintiff Marcia Gayle will and hereby does move this Court to award her reasonable attorney fees in the amount of $23,472.00 pursuant to 42 U.S.C. § 12205, California Civil Code § 52(a).

1  This motion is made on the grounds that the plaintiff is the prevailing party,
2  having obtained a judgment on her claims. This motion will be based upon this
3  Notice of Motion and Motion, the Memorandum of Points and Authorities, the
4  declarations and other exhibits, and all papers on file in this case.
5  The parties met and conferred on this motion pursuant to L.R. 7-3 on January
6  31, 2020. However, the parties have not been able to reach a resolution.

8  Dated: March 2, 2020                    CENTER FOR DISABILITY ACCESS

                                           By: __/s/ Dennis Price_____
                                               Dennis Price, Esq.
                                               Attorneys for Plaintiff