CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff MARCIA GAYLE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Marcia Gayle**, <br><br> Plaintiff, <br><br> v. <br><br> **John Borg**; <br> **Deborah Borg**; <br> **Frederick F. Frakes**, in individual and representative capacity as trustee of The Frederick and Nickey Frakes 1993 Trust; <br> **Nickey L. Frakes**, in individual and representative capacity as trustee of The Frederick and Nickey Frakes 1993 Trust; <br> **Minute Serve Dairy, Inc.**, a California Corporation; and Does 1-10, <br><br> Defendants. | Case No. 2:18-CV-09055-SJO-JC <br><br> **Declaration of Mark Potter in Support of Plaintiff's Motion for Attorney's Fees and Litigation Expenses** |

1. I, the undersigned, am one of the attorneys for plaintiff, Marcia Gayle, and in that capacity of have familiarity with this case. I can competently testify to the following based on my own knowledge and experience.

2. I am the managing partner of the Center for Disability Access. I manage the firm's personnel and I maintain and review the firm's billing. I maintain all the business records, including the billing and invoices. The billing that is attached to this declaration as exhibit 2 is a true and

accurate reproduction of the tasks and billing kept in this case and truly and accurately reflects the tasks completed by the attorneys who worked on this case and kept in the normal course of business.

3. The attorney fee awards submitted as exhibits 3-5 are true and accurate copies of the fee awards handed down those cases and maintained by me as attorney of record in each of those cases.

4. We bill our investigators at $200 per on-site investigation. This case involved two investigations ($400). Our investigators did not present me a formal invoice.

5. I founded the Center for Disability Access, have devoted more than 95% of my practice to disability issues for 20 years. I was a former officer of the California's for Disability Rights, Chapter Number One—the oldest and most prestigious disability civil rights advocacy organization in California, as well as a board member of the prestigious Southern California Rehabilitation Services. I have given ADA seminars throughout the state of California and published in numerous disabled rights periodicals. I have litigated over 2,000 disability cases. My expertise and experience with ADA cases is almost unparalleled in California. I have been interviewed on CNN as an ADA legal expert. I am qualified to bill at $595 per hour.

6. I have tested several different staffing strategies with my law firm and have found our current system to be the most efficient in terms of both cost and reduction of the number of hours spent litigating a case. Our firm operates using a method of specialization that allows relatively new attorneys to become intimately familiar with particular areas of litigation and handle those aspect efficiently and effectively.

7. While the overall number of attorneys that play a role in the

development of one of our ADA cases might be higher than that seen in other firms, each attorney is working discrete aspects of our cases and does not spend time duplicating effort. For example, we have a discovery team. The attorneys on the discovery team become intimately familiar with the Rules of Civil Procedure, the Local Rules of each District Court and the various court Standing Orders regarding discovery. This means that these attorneys do not have to bill or spend any time reviewing discovery standards, rules or any local requirements before getting right to drafting. Moreover, they are intimately familiar with the templates that we use and most efficient way to assembling the discovery. This is true of the various teams that we have put together in my firm. Thus, merely considering the raw number of attorneys that have contributed to the overall development of a case is not indicative of duplicative billing or inefficient handling, but quite the opposite. Having prosecuted thousands of these cases, often hundreds simultaneously, and having to meet the demands of time and efficiency, I can attest that this is the most efficient method of prosecuting these ADA/Unruh cases.

8. I assess each billing statement prior to submission to the court as anticipated by *Hensley* and remove any tasks that might be considered duplicated effort or the result of an attorney familiarizing themselves with the case. Any entry relating to reviewing the work of another attorney is omitted. I believe this staffing model is optimal and allows not just efficient litigation, but efficient training of junior attorneys in a short period of time. Each attorney's experience and focus is detailed below.

9. Phyl Grace has been practicing for more than 20 years. Over the last

decade, she has focused exclusively on disability access litigation. She has handled trials, taken depositions, drafted motions, and otherwise litigated hundreds and hundreds of civil rights cases. Phyl Grace is qualified to bill at $550 per hour.

10. Supervising Attorney Dennis Price graduated from Loyola Law School in Los Angeles in 2011 where he served on the Moot Court Honors Board representing the school in appellate competitions. During school and immediately after, Mr. Price clerked for the California Court of Appeal and then worked as a staff attorney at Bet Tzedek Legal Services, a large non-profit public interest firm working on behalf of disadvantaged communities, prior to joining Potter Handy in 2012. Mr. Price has been involved in hundreds of disability rights cases, participating in all stages of litigation from intake to trial. Mr. Price works as a supervising and training attorney and is heavily involved in the firm's appellate practice, having obtained multiple favorable opinions in both the California Court of Appeal and the Ninth Circuit. Mr. Price supervises litigation and appellate strategy for the firm and is heavily involved in mentoring new attorneys. Mr. Price is qualified to bill at $450 per hour.

11. Attorney Chris Carson has been prosecuting disability access cases for over five years in both state and federal court. She has conducted discovery, drafted and opposed Motions for Summary Judgment, and prepared for trial in hundreds of cases brought under both Title II and Title III of the ADA. Ms. Carson graduated cum laude in the top 10% of her class from California Western School of Law in 2011. While in law school Ms. Carson served as a writer and editor for California Western's two law reviews. Her article, "Lords of the Manor: Fighting California

Slumlords with Private Multi-Plaintiff Implied Warranty of Habitability Litigation," was accepted for publication by The Scholar, St. Mary's Law Review on Minority Issues. Chris Carson is qualified to bill at $450 per hour.

12. Attorney Isabel Masanque graduated cum laude in 2012 from California Western School of Law. During law school, Ms. Masanque received an AmJur award in Public Interest law and was a member of California Western's Pro Bono Honors Society. She was also a writer and editor for California Western's two law review journals. Ms. Masanque's article, "Progressive Realization Without the ICESCR: The Viability of South Africa's Socioeconomic Rights Framework, and its Success in the Right to Access Health Care" was accepted for publication in California Western's International Law Journal. She was also published in the Bulletin of Health Law and Policy in 2012 for her article on the Generic Drug User Fee Act. Ms. Masanque also displayed her oral advocacy skills during law school, becoming a semi-finalist at California Western's Legal Skills Appellate Competition, and successfully defending a defendant in a criminal jury trial during her internship at the San Diego County Public Defender's Office, under the supervision of a Deputy Public Defender through the Practical Training of Law Students Program. Ms. Masanque began her career at the Center for Disability Access in 2012 as a legal intern where she participated in and was trained extensively on handling discovery issues. She was then admitted to the Bar in 2013, and continued to oversee discovery matters as an attorney at the firm. She is qualified to bill at $450 per hour.

13. Attorney Sara Gunderson graduated from California Western School of

Law in 2013, after leaving a lucrative career in computational linguistics. At California Western, she was a Trustee's Scholar; was an executive to the Moot Court Honors Board; and acted as a teaching assistant in the international comparative law program, where she taught two weekly sections to foreign born, comparative law students. Ms. Gunderson co-founded the Alternative Dispute Resolution club at CWSL, where she served on the executive committee as the fundraising chair. For the last two years, she has worked exclusively in championing disability civil rights. She has drafted complaints, conducted site inspections, litigated cases from the discovery stage, including related motion practice and mediations, to case resolution. Ms. Gunderson is qualified to bill at $450 per hour.

14. Attorney Bradley Smith graduated from the University of California Berkeley. He received a Bachelor of Arts in Social Policy and Jurisprudence. He graduated from McGeorge School of Law in 2013. Mr. Smith was a solo-practitioner for three years, and he represented clients during family law litigation. He was a member of Amador County and El Dorado County's Court-Appointed Juvenile Dependency Panel. He also represented children during international and interstate custody disputes. Most recently, Mr. Smith worked as staff counsel for California's Department of Corrections and Rehabilitation. Mr. Smith joined Potter Handy in 2018. He is qualified to bill at $400 per hour.

15. Attorney Jennifer McAllister graduated from Santa Clara University School of Law in 2011. She was the recipient of the 2011 Herman and Edith Wildman Social Justice Law Writing Award for her article We're Not Taking New Patients Right Now: Lack of Access to Health Care for

Transgender Patients as a Public Health Crisis. While in law school, Ms. McAllister served as the co-chair of the Public Interest and Social Justice Coalition, and clerked at Transgender Law Center and the TGI Justice Project. As a solo practitioner, Ms. McAllister represented plaintiffs in cases involving business litigation and civil rights, including Unruh Act cases. She also has three years of experience with e-discovery project management and technology-assisted document review, and is a member of the Silicon Valley chapter of Women in eDiscovery. She is qualified to bill at $400 per hour.

16. Attorney Lusine Chinkezian graduated from the University of California, Berkeley with honors in 2014. She received a Bachelor of Arts in Political Science and a Minor in Spanish Language. She graduated from UC Davis School of Law in 2017, and earned a Public Interest Law Certificate for completing 175 hours of legal work in public interest organizations. Ms. Chinkezian has been working as a civil litigator for one year. Previously, she worked as an intern in the California State Assembly Judiciary Committee and then as a Legislative Aide to a State Senator. Ms. Chinkezian joined Potter Handy in 2019. She is qualified to bill at $400 per hour.

17. Our disability rights work has helped to shape ADA law with numerous, precedent setting opinions including, but not limited to the following cases: *Fortyune v. City of Lomita* (9th Cir. 2014), 766 F.3d. 1098, 2014 WL 4377467; *Munson v. Del Taco, Inc.* (2009) 46 Cal.4th 66; *Nicholls v. Holiday Panay Marina, L.P.*, (2009) 93 Cal.Rptr.3d 309; *Miller v. California Speedway Corp.* (9th Cir. 2008) 536 F.3d 1010; *Munson v. Del Taco, Inc.* (9th Cir. 2008) 522 F.3d 997; *Fortyune v. American Multi-*

*Cinema, Inc.*, (9th Cir. 2004) 364 F.3d 1075; *Pickern v. Holiday Quality Foods, Inc.*, (9th Cir. 2002) 293 F.3d 1133; and *Botosan v. Paul McNally Realty*, (9th Cir. 2000) 216 F.3d 827.

18. Because the nature of my practice is wholly dependent on billing at a market rate, I have extensive experience with respect to what attorneys specializing in disability law and civil rights bill for civil litigation and what courts are routinely awarding and can attest that the rates billed by the Center for Disability Access for its attorneys are well within market rates.

I declare, under penalty of perjury of the laws of the United States, that the foregoing is true and accurate.

Dated: March 2, 2020                                   CENTER FOR DISABILITY ACCESS

                                                       By: ___/s/ Mark Potter_____
                                                              Mark Potter, Esq.
                                                              Attorneys for Plaintiff